IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROSA TIERNEY,

    Plaintiff,                                   Case No. 0:20-cv-62366

v.

CREDIT CORP. SOLUTIONS, INC.,

    Defendant.
_____/

## COMPLAINT

The Plaintiff, Rosa Tierney ("Plaintiff" or "Ms. Tierney"), hereby sues the Defendant, Credit Corp. Solutions, Inc. ("Defendant" or "Credit Corp"), and alleges:

### *Parties, Jurisdiction and Venue*

1. Plaintiff is an individual and a resident of Broward County, Florida.

2. Credit Corp is a foreign corporation with its principal place of business in Draper, Utah.

3. This is an action brought pursuant to 15 U.S.C. 1692k. Accordingly, this Court has jurisdiction over this action under 28 U.S.C. § 1331 because this is a civil action arising under the laws of the United States.

4. This Court has supplemental jurisdiction over the state law claim in this action under 28 U.S.C. § 1367 because the state law claim is so related to the claim over which this Court has original jurisdiction that they form part of the same case or controversy under Article III of the U.S. Constitution.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims asserted herein occurred in this district.

6. All conditions precedent to bringing this action have occurred, been performed, or have been waived.

## *Common Facts*

7. Credit Corp is a company who uses instrumentalities of interstate commerce, including interstate telephone lines, and the mails in a business the principal purpose of which is the collect of debts. In that business, Credit Corp regularly collects and attempts to collect, directly and indirectly, debts owed or due and debts asserted to be owed or due another.

8. Credit Corp has been attempting to collect an alleged debt (the "Alleged Debt") from Ms. Tierney that was allegedly incurred for personal and household purposes.

9. In attempting to collect the Alleged Debt, Credit Corp called Ms. Tierney approximately four times per day every day for approximately one month straight. Ms. Tierney repeatedly demanded that Credit Corp stop calling her, but Credit Corp continued to call her four times per day every single day. This conduct constituted a violation of 15 U.S.C. § 1692d(5) and Section 559.72(7), *Florida Statutes*.

10. Further, when Ms. Tierney told Credit Corp to stop calling her, Credit Corp's representative responded that, "We're going to send this to a lawyer to sue you and we will not stop calling." At the time that Credit Corp made this threat, Credit Corp did not have a present intent to send Ms. Tierney's debt to a lawyer or to file any lawsuit against her. This conduct violated 15 U.S.C. § 1692e(5), 15 U.S.C. § 1692d(2) and Section 559.72(7), *Florida Statutes*.

11. Lastly, Credit Corp failed to send Ms. Tierney the written notice required by 15 U.S.C. § 1692g(a) within five days after Credit Corp's initial communication with Ms. Tierney. Indeed, Credit Corp never sent Ms. Tierney the legally required notice.

12. Credit Corp directed the above-described illegal telephone calls and statements to Plaintiff in the Southern District of Florida, and Plaintiff received the illegal telephone calls and statements in the Southern District of Florida.

**COUNT I – VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT**

13. Plaintiff incorporates and realleges paragraphs 1 through 12 as if stated fully herein.

14. Credit Corp's conduct violated 15 U.S.C. § 1692d, 15 U.S.C. § 1692e and 15 U.S.C. § 1692g.

15. As a direct and proximate result of the wrongful conduct of Credit Corp, Plaintiff has suffered actual damages, including mental anguish, embarrassment, loss of time, and financial harm.

WHEREFORE, the Plaintiff, Rosa Tierney, hereby demands judgment against the Defendant, Credit Corp. Solutions, Inc., for actual damages, statutory damages in the amount of $1,000.00, court costs, reasonable attorney's fees, injunctive relief, and any other further relief this Court deems just and proper.

**COUNT II – VIOLATION OF THE  
FLORIDA CONSUMER COLLECTION PRACTICES ACT**

16. Plaintiff incorporates and realleges paragraphs 1 through 12 as if stated fully herein.

17. Credit Corp's conduct violated Section 559.72(7).

18. As a direct and proximate result of the conduct of Credit Corp, Plaintiff has suffered actual damages, including mental anguish, embarrassment, loss of time, and financial harm.

WHEREFORE, the Plaintiff, Rosa Tierney, hereby demands judgment against the Defendant, Credit Corp. Solutions, Inc., for actual damages, statutory damages in the amount of $1,000.00, court costs, reasonable attorney's fees, injunctive relief, and any other further relief this Court deems just and proper.

### *Demand for Attorney's Fees & Costs*

Pursuant to 15 U.S.C. § 1692k(a)(3) and Section 559.77(2), *Florida Statutes*, Plaintiff Rosa Tierney hereby demands an award of the attorney's fees and costs incurred in this matter.

### *Demand for Jury Trial*

Plaintiff Rosa Tierney hereby demands a jury trial on all claims asserted in this Complaint and otherwise later asserted in this lawsuit.

DATED: November 19, 2020.                    Respectfully submitted,

*/s/ Joshua A. Mize*
**Joshua A. Mize, Esq.**
Florida Bar No. 86163
**MIZE LAW, PLLC**
110 Front Street, Suite 300
Jupiter, FL 33477
Phone: (407) 913-6800
Fax: (407) 604-7410
Email: jmize@mize.law

*Attorney for the Plaintiff,*
*Rosa Tierney*